IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CEDRIC M. JONES, | * | |
| Plaintiff, | * | |
| v. | * | 3:11-CV-412-TMH (WO) |
| RUSSELL COUNTY SHERIFF'S DEPARTMENT, | * | |
| | * | |
| Defendant. | | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED and Plaintiff's complaint against the Russell County Sheriff's Department is DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and this case is DISMISSED prior to service of process.

A separate judgment shall issue.

Done this 9th day of August, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE